# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00513-CV

**William Dale Tyree, Appellant**

**v.**

**Allstate Property and Casualty Insurance and Royce Lee, Appellees**

### FROM THE DISTRICT COURT OF BASTROP COUNTY, 423RD JUDICIAL DISTRICT NO. 423-001, HONORABLE CHRISTOPHER DARROW DUGGAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant William Dale Tyree filed his notice of appeal on September 3, 2009, and an affidavit of indigency on September 23, 2009. On October 5, 2009, this Court was informed that, after a hearing, Tyree was found not to be indigent. On October 7, 2009, the district court clerk and the court reporter notified Tyree that he would have to pay or make arrangements to pay for the clerk's record and the reporter's record. On November 9, 2009, this Court sent Tyree notice informing him that if he did not pay for the record or submit a status report by November 19, 2009, his appeal would be dismissed for want of prosecution. A second overdue record notice and request for status report was sent on December 15, 2009. To date, Tyree has not responded to any notice from this Court or made arrangements to pay for the record. Accordingly, we dismiss his appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton and Waldrop

Dismissed for Want of Prosecution

Filed:   January 29, 2010